**Thomas D. PADGETT and Sharon L. Padgett, Respondents,**

v.

**James Freel EDWARDS and Erma K. Edwards; Appellants,**

**Sherry Jo Edwards, Appellant.**

### WD 77827

Missouri Court of Appeals, Western District.

ORDER FILED: December 22, 2015

Dennis Owens, Kansas City, MO, Counsel for Appellants.

Arnold Day, Jr., Kansas City, MO, Counsel for Respondents.

Before Division Four: Alok Ahuja, Chief Judge Presiding, Thomas H. Newton, and James Edward Welsh, Judges

## ORDER

Per Curiam:

Mr. James Freel Edwards, his wife, Ms. Erma K. Edwards, and their daughter, Ms. Sherry Jo Edwards, appeal a judgment enforcing a settlement that creates perpetual easements and imposes other mutual obligations on the parties to this property-access dispute.

For reasons stated in the memorandum provided to the parties, we affirm the trial court's judgment. Rule 84.16(b).